IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.  CR 09-0003-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| CARL McARTHUR, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 6, 2009, this Court entered a Preliminary Order of Forfeiture

pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based

upon the defendant's guilty plea entered on July 2, 2009, in which defendant consented

to the forfeiture of any interest he had or has in the firearm and ammuntion alleged to

be subject to forfeiture under the Forfeiture Allegation of the January 28, 2009,

Indictment;

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for

30 consecutive days beginning July 7, 2009, and continuing through August 5, 2009, of

the United States' intent to dispose of the property in accordance with the law and

further notifying all third parties of their right to petition the Court within thirty (30) days

for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm and ammunition included in the Preliminary Order of Forfeiture entered on July 6, 2009.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.     That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2.     That the following property belonging to defendant Carl McArthur who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

     **a.     a 9 mm Heckler and Kock loaded semi-automatic handgun, serial no. 27-058540 and**

     **b.     14 rounds of .9 caliber Remington ammunition**

seized from defendant on or about May 3, 2007, in Cedar Rapids, Iowa.

3.     That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearm and ammunition identified in paragraph 2 of this Order.

4.     That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5.    That the Clerk of the Court shall forward one certified copy of this Order to

the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J.

McLaughlin.

DATED this 30 day of October, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA